UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANTOINE SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:25-CV-00168 |
| ) | |
| EXPERIAN INFORMATION ) | NOTICE OF REMOVAL |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES Defendant Experian Information Solutions, Inc. (hereinafter "Experian") and hereby removes the above-captioned action (the "Action") from the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina (the "State Court") to the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

Removal is proper under 28 U.S.C. § 1441(a). Defendant appears for the purpose of removal only. Defendant further reserves all rights and defenses. Defendant states the following as grounds for removal:

SUMMARY

1. Experian is the sole Defendant in Civil Action No. 25CV006244-590 filed by Plaintiff Antoine Scott ("Plaintiff") in the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina (the "State Court Action").

2. The Summons with Notice in the State Court Action was filed with the Clerk of the Mecklenburg County Superior Court on February 5, 2025.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading on February 7, 2025 setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action, and shall file a copy of this Notice with the clerk of the court in the State Court Action, as required by 28 U.S.C. § 1446(d). A true and accurate copy of this Notice is attached as **Exhibit B**.

Dated: March 10, 2025                          */s/ Joshua D. Davey*

Joshua D. Davey (N.C. Bar No. 35246)
TROUTMAN PEPPER LOCKE LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.998.4050
Email: Joshua.Davey@troutman.com

*Attorney for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March 2025, a true and correct copy of the above and foregoing document has been forwarded to the following parties via First-Class United States Mail.

Antoine Scott, *Pro Se*
4509 Morgan St
Charlotte, NC 28208

*/s/ Joshua D. Davey*
Joshua D. Davey (N.C. Bar No. 35246)
TROUTMAN PEPPER LOCKE LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.998.4050
Email: Joshua.Davey@troutman.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*